IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
April 17, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

| | |
|---|---|
| **CONCORDIA UNIVERSITY TEXAS,** § § | |
| **Plaintiff,** § § | |
| v. § § | Case No. 1:24-cv-176-RP |
| **THE LUTHERAN CHURCH - MISSOURI SYNOD,** an unincorporated association of Lutheran congregations, and **THE LUTHERAN CHURCH - MISSOURI SYNOD,** a Missouri Corporation, § § § § § § | |
| **Defendants.** § | |

### ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

Came on for consideration the Unopposed Motion to Consolidate filed by Plaintiff Concordia University Texas, Inc. in this matter. Having considered the motion, and the contents of the file, the Court grants the motion in all respects.

IT IS THEREFORE ORDERED that this proceeding is hereby consolidated with *The Lutheran Church—Missouri Synod, a Missouri nonprofit corporation, v. Donald Christian et al.*, Case No. 1:23-cv-1042-RP (W. Dist. Tex.) ("LCMS v. CTX") for the determination of Plaintiff's Motion to Remand and Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties in *LCMS v CTX*.

Signed this __17th__ day of __April__, 2024.

_____
Robert Pitman
U.S. District Judge