IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| C<u>ONCORDIA UNIVERSITY </u>TEXAS, INC. | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | 1:<u>24</u>-CV <u>176</u> -RP |
| v. | § | [Consolidated with 1:23-cv-01042-RP] |
| | § | |
| THE LUTHERAN CHURCH – MISSOURI SYNOD, | § | |
| <u>a Missouri nonprofit corpora</u>tion, et al | § | |
| Defendant(s). | § | |

**NOTICE CONCERNING REFERENCE TO**
**<u>UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party  <u>Concordia University Texas, Inc.</u>

through counsel  <u>Daniel R. Richards</u>

___ consents to having a United States Magistrate Judge preside over the trial in this case.

<u> X </u> declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

<u> /s/ Daniel R. Richards </u>

Attorney for:
**Concordia University Texas, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of August 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

| | |
|---|---|
| Steven C. Levatino<br>Levatino & Pace PLLC<br>1101 S. Capital of Texas Hwy.<br>Bldg. K, Suite 125<br>Austin, Texas 78746<br>steven@lpfirm.com | Andrew F. MacRae<br>MacRae Law Firm PLLC<br>3267 Bee Cave Road<br>Suite 107, PMB 276<br>Austin, Texas 78746<br>andrew@macraelaw.com |

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

                                                      */s/ Daniel R. Richards*