IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br>*Plaintiff*,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12<br>*Defendants* | § § § § § § § § § § § § | Case No. 1:23-cv-1042-DAE |
| CONCORDIA UNIVERSITY TEXAS,<br>*Plaintiff*,<br><br>v.<br><br>THE LUTHERAN CHURCH – MISSOURI SYNOD, an unincorporated association of Lutheran congregations, and THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri Corporation,<br>*Defendants* | § § § § § § § § § § § § § | Case No. 1:24-cv-176-RP |

## ADVISORY TO THE COURT

Defendant The Lutheran Church—Missouri Synod, a Missouri nonprofit corporation ("LCMS"), provides the following Advisory to the Court.

1. Pursuant to the Court's Agreed Scheduling Order (Doc. 21 in Case No. 1:23-cv-1042; Doc. 9 in Case No. 1:24-cv-176), the deadline for the parties to amend or supplement pleadings or to join additional parties is September 27, 2024 (the "Pleading Deadline").

2.       The Order also provides that the parties may modify the deadlines in the Order by agreement, with the exception of the dispositive motion deadline and the trial date. The parties previously agreed to extend the Pleading Deadline to December 2, 2024.

3.       On November 20, 2024, the Magistrate Judge issued his Report and Recommendations as to both of the above referenced cases (Doc. 52 in Case No. 1:23-cv-1042; Doc. 29 in Case No. 1:24-cv-176) (the "Recommendation"). The Recommendation, if approved by the Court, will impact the Pleading Deadline. Accordingly, the parties have agreed to extend the Pleading Deadline until two weeks after the district court issues an order relating to the Magistrate Judge's Recommendation.

Respectfully submitted,

By:   */s/ Steven Levatino*
Steven C. Levatino
State Bar No. 12245250
**Levatino|Pace PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-637-1581
F: 512-637-1583
steven@lpfirm.com

By:   */s/ Andrew MacRae*
Andrew F. MacRae
State Bar No. 00784510
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
T: 512-565-7798
andrew@macraelaw.co

By: */s/ Gregg Kronenberger*
Gregg R. Kronenberger
State Bar No. 24039998
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-777-4141
F: 512-402-3313
M: 512-923-3158
gregg@gkronenberger.com

*Attorneys for Defendant*
*The Lutheran Church—Missouri Synod,*
*a Missouri Nonprofit Corporation*

## CERTIFICATE OF CONFERENCE

I hereby certify before filing the foregoing Advisory, I conferred with Clark Richards, counsel for Defendants, who confirmed that he agrees to extend the December 2, 2024 Pleading Deadline to two weeks after the district court issues an order relating to the Magistrate Judge's Recommendation.

*/s/ Steven C. Levatino*
STEVEN C. LEVATINO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Advisory has been filed through the CM/ECF system on November 21, 2024. I understand the CM/ECF system will send a Notice of Electronic Filing to the following counsel of record:

Daniel R. Richards
Clark Richards
Albert A. Carrion, Jr.
Richards Rodriguez & Skeith, LLP
611 West 15th Street
Austin, Texas 78701

/s/ Steven C. Levatino
STEVEN C. LEVATINO

4

32096449