## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **CONCORDIA UNIVERSITY TEXAS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:24-cv-176-DAE** |
| **THE LUTHERAN CHURCH - MISSOURI** | § | |
| **SYNOD, an unincorporated association of** | § | |
| **Lutheran congregations, and THE LUTHERAN** | § | |
| **CHURCH - MISSOURI SYNOD, a Missouri** | § | |
| **Corporation,** | § | |
| **Defendants.** | § | |

### DECLARATION OF DANIEL R. RICHARDS IN SUPPORT OF
### AWARD FOR ATTORNEY'S FEES

I, Daniel R. Richards, declare and state as follows:

1)      I am an attorney with Richards, Rodriguez & Skeith, L.L.P. and have been retained to represent Concordia University Texas ("CTX") in the above-referenced lawsuit. I have been practicing litigation in Travis County and throughout the State of Texas since 1994.  I am familiar with the customary, reasonable, and necessary attorney's fees and expenses incurred in Texas in litigation of this nature.

2)      Attached hereto as **RICHARDS-1** are true and correct copies of the time entries reflecting the time spent and tasks performed in representing CTX in this matter with regard to obtaining relief for the Motion for Remand against the Lutheran Church – Missouri Synod, an unincorporated association of Lutheran congregations ("Synod") and the Lutheran Church – Missouri Synod, a Missouri Corporation ("LCMS").  My partners Clark Richards, Albert Carrion, and Jennifer Richards, and my paralegal Karina Esparza, and I recorded time in the customary manner billed at an hourly rate. The billing records reflect the name of the professional, the task, the billing rate, and the time expended. Our billing rates for this lawsuit are reflected in the chart below:

| **Attorney/Paralegal** | **Hourly Rates** |
|---|---|
| Clark Richards, Attorney | $ 450.00 |
| Albert Carrion, Attorney | $ 450.00 |
| Jennifer Richards, Attorney | $ 375.00 |
| Daniel Richards, Attorney | $ 450.00 |
| Karina Esparza, Paralegal | $ 210.00 |

I am familiar with the rates charged by attorneys in Texas for litigation and appellate matters and these rates are reasonable when compared with the customary rates of attorneys in Texas for lawsuits such as this one.

3)    The total legal fees and expenses incurred by CTX in prosecuting its Motion for Remand against Synod and LCMS as of January 3, 2025, are $24,222.75. These fees are reasonable and necessary for the services performed.

4)    As shown in **RICHARDS-1** the total legal fees incurred on actions specific only to the removal of this suit and the Motion for Remand was **$8,832.00**. On the same day CTX filed its Motion for Remand, it also filed a Motion to Dismiss in the consolidated suit *LCMS v. Christian, et al.* No. 1:23-CV-01042-DAE. LCMS filed a single response to both pleadings. CTX therefore filed a single reply, and LCMS filed a single motion for sur-reply. The total fees incurred as a result of these joint briefings were $17,469.00. To segregate the fees between the Motion to Dismiss and the Motion for Remand, we allocated half of the fees from these joint briefings to each motion. The total portion of these fees allocated to the Motion to Remand was **$8,734.50**. In addition, on December 20th LCMS and Synod filed Objections to the Magistrate Judge's Report and Recommendation which recommends this case be remanded and the consolidated case dismissed. LCMS included both new arguments and new evidence in its objections. The fees incurred preparing a response to LCMS's objections were $13,312.50 Utilizing the same segregation method as that for the joint briefings, we estimate the total fees incurred to respond to LCMS and Synod's Objections for the Motion to Remand will be **$6,656.25**.

5)    It is my opinion that the fees set forth herein and in the attached are reasonable and necessary based upon the following factors:

    a.    The novelty and difficulty of the issues involved and the skill required to provide the legal services properly;

    b.    The time and labor involved to perform the legal services properly;

    c.    The fee customarily charged in the community for similar services;

    d.    The amounts involved and the results obtained;

    e.    The time limitations imposed by the circumstances;

    f.    The experience, reputation, and ability of the attorneys performing the services.

6)    Based on the foregoing, the Plaintiff is requesting an award of **$24,222.75** in attorney's fees and expenses incurred by CTX in its prosecution of its claims against LCMS and Synod.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 8, 2025</u>

                                  **DANIEL R. RICHARDS**

**Exhibit RICHARDS-1 to Declaration of Daniel R. Richards**
**Page 1 of 11**

**Concordia University Texas**
**Case 1:24-cv-176-DE; CTX vs. LCMS**
**Richards Rodriguez & Skeith, LLP**
**Fees for Motion for Remand**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 02/22/2024 | Albert Carrion | 450.00 | 0.4 | $180.00 | Read Special Appearance, Answer and Affirmative Defenses and Notice of Removal filed by LCMS in State Court lawsuit. |
| 02/22/2024 | Clark Richards | 450.00 | 0.2 | $90.00 | Review rules for removal and remand. |
| 02/23/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review federal rules on motions to remand and motions to consolidate; email to co-counsel re: same |
| 03/11/2024 | Albert Carrion | 450.00 | 0.8 | $360.00 | Legal research re: Texas cases supporting court's assertion of jurisdiction over religious entities. |
| 03/14/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Prepare motion to extend responsive pleading deadline in federal removal suit, removed from state court proceedings by LCMS |
| 03/18/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | Finalize and file motion for extension of time to file motion to remand. |
| 03/27/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review and analyze notice of removal, attached affidavit, and notice to the court |
| 03/27/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review rules on motion for remand and legal research for RLUIPA cases on determining organizational capacity |
| 03/28/2024 | Jennifer Richards | 375.00 | 1.1 | $412.50 | Motion for Remand - draft introduction, Rule 7.1 Disclosure Statement, and party portion of facts |
| 03/28/2024 | Jennifer Richards | 375.00 | 1.1 | $412.50 | Prepare Motion for Remand - drafted dispute and proceedings fact sections and drafted citizen and capacity section of argument |
| 03/28/2024 | Clark Richards | 450.00 | 0.3 | $135.00 | Analyze posture of removal to develop strategy for motion to remand. |
| 03/28/2024 | Jennifer Richards | 375.00 | 0.4 | $150.00 | Prepare outline for motion to remand. |
| 03/29/2024 | Jennifer Richards | 375.00 | 0.9 | $337.50 | Legal research on converting real party in interest and real party in |

**Exhibit RICHARDS-1 to Declaration of Daniel R. Richards**
**Page 2 of 11**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| | | | | | controversy arguments to standard for motion for remand |
| 03/29/2024 | Jennifer Richards | 375.00 | 1.1 | $412.50 | Prepare motion for remand fact section on Synod's "rights and interests" in the dispute |
| 03/30/2024 | Jennifer Richards | 375.00 | 0.7 | $262.50 | Legal research reviewing case law on standard for proper and improper joinder under removal statute |
| 03/30/2024 | Jennifer Richards | 375.00 | 0.2 | $75.00 | Conference with CRichards re: removal statute |
| 03/30/2024 | Jennifer Richards | 375.00 | 0.6 | $225.00 | Revise argument standard of review sections to align with removal statute language. |
| 03/30/2024 | Jennifer Richards | 375.00 | 0.7 | $262.50 | Prepare standard of review and proper claims against Synod argument section of motion for remand |
| 04/01/2024 | Jennifer Richards | 375.00 | 0.9 | $337.50 | Prepare indispensable party portion of motion for remand and request for judicial notice of the filings in the proceedings initiated by LCMS |
| 04/01/2024 | Jennifer Richards | 375.00 | 0.9 | $337.50 | Review and edit motion for remand |
| 04/01/2024 | Clark Richards | 450.00 | 0.7 | $315.00 | Revise and edit motion to remand. |
| 04/02/2024 | Jennifer Richards | 375.00 | 0.2 | $75.00 | Conference with DRichards re: edits to Motion to remand |
| 04/02/2024 | Albert Carrion | 450.00 | 0.9 | $405.00 | Review and revise motion to remand. |
| 04/02/2024 | Clark Richards | 450.00 | 0.8 | $360.00 | Additional revisions and edits to motion to remand. |
| 04/02/2024 | Daniel Richards | 450.00 | 0.8 | $360.00 | Read and edit motion to remand. |
| 04/02/2024 | Daniel Richards | 450.00 | 0.2 | $90.00 | Discussions with Jennifer re motion to remand. |
| 04/03/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review edits and revise motion to remand |
| 04/03/2024 | Jennifer Richards | 375.00 | 0.1 | $37.50 | Review and accept edits made to Motion to Remand |
| 04/03/2024 | Albert Carrion | 450.00 | 0.5 | $225.00 | Review and revise Motion to Remand to prepare for filing. |
| 04/03/2024 | Karina Esparza | 210.00 | 0.7 | $147.00 | Proofread and edit motion to remand and compile exhibits to same. |

**Exhibit RICHARDS-1 to Declaration of Daniel R. Richards**
**Page 3 of 11**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 04/03/2024 | Karina Esparza | 210.00 | 0.3 | $63.00 | Finalize and file motion to remand. |
| 05/14/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | Draft unopposed motion and proposed order to extend deadline for reply brief iso motion to remand. |
| 05/14/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | Draft unopposed motion and proposed order to exceed page limit for reply brief iso motion to remand. |
| 05/23/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | Proofread and edit Unopposed Motion for Leave to Exceed Page limit for reply iso motion to remand. |
| 05/23/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | Proofread and edit Reply iso motion to remand. |
| 12/13/2024 | Jennifer Richards | 375 | 0.3 | 112.5 | Preparing legal outline for motion for fees on remand |
| 12/13/2024 | Karina Esparza | 210 | 0.2 | 42 | Calculate fees for motion for remand. |
| 12/16/2024 | Jennifer Richards | 375 | 0.7 | 262.5 | Review Pleadings and magistrate recommendation for citations for motion for fees on remand |
| 12/17/2024 | Jennifer Richards | 375 | 0.4 | 150 | Review and organize fee report for motion for fees on removal and remand |
| 12/17/2024 | Jennifer Richards | 375 | 1.6 | 600 | Prepare motion for fees |
| 12/17/2024 | Jennifer Richards | 375 | 0.2 | 75 | Conference with CRichards re: motion for fees |
| 12/17/2024 | Jennifer Richards | 375 | 0.4 | 150 | Prepare fee segregation for fees incurred as a result of the joint response/reply to motion to dismiss and motion for remand |
| 12/17/2024 | Jennifer Richards | 375 | 0.8 | 300 | Edit DRichards fee declaration |

**GRAND TOTALS**

| | | | Billables | 23.4 | $8,832.00 |
|---|---|---|---|---|---|

3

**Concordia University Texas**
**Case 1:24-cv-176-DE; CTX vs. LCMS**
**Richards Rodriguez & Skeith, LLP**
**Fees for Reply iso Motion for Remand and Motion to Dismiss**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 03/14/2024 | Clark Richards | 450.00 | 0.4 | $180.00 | Revise and edit motions for extension of time to file responsive pleadings and motion to remand. |
| 03/14/2024 | Jennifer Richards | 375.00 | 0.1 | $37.50 | Conference with CRichards re: motions to extend time |
| 03/26/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Conference with CRichards re: capacity briefing for motion to dismiss and briefing for motion for remand |
| 03/26/2024 | Daniel Richards | 450.00 | 0.4 | $180.00 | Discussion with Don Christian and Chris Bannwolf re remand and motion to dismiss. |
| 04/02/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Review and revise edits by co-counsel on Motion to Dismiss and Motion for Remand |
| 05/13/2024 | Albert Carrion | 450.00 | 1.2 | $540.00 | Study LCMS Response to Motion to Dismiss and Remand and attached Silas Declaration. |
| 05/13/2024 | Albert Carrion | 450.00 | 0.5 | $225.00 | Strategy meeting to discuss Reply to LCMS Response to Motion to Dismiss. |
| 05/13/2024 | Albert Carrion | 450.00 | 0.2 | $90.00 | Correspondence to D. Christian forwarding LCMS Response to Motion to Dismiss and Remand and overview of response. |
| 05/13/2024 | Clark Richards | 450.00 | 0.2 | $90.00 | Analyze arguments by Synod in response to motions to dismiss and remand. |
| 05/13/2024 | Clark Richards | 450.00 | 0.2 | $90.00 | Correspondence with opposing counsel regarding extension of time for reply brief. |
| 05/13/2024 | Clark Richards | 450.00 | 0.2 | $90.00 | Develop strategy for reply brief. |
| 05/13/2024 | Daniel Richards | 450.00 | 0.5 | $225.00 | Read response to motion to dismiss and discuss next steps with Albert, Clark and Jennifer. |
| 05/13/2024 | Jennifer Richards | 375.00 | 1 | $375.00 | Receipt and review Concordia response to motion to dismiss and motion to remand |

**Exhibit RICHARDS-1 to Declaration of Daniel R. Richards**
**Page 5 of 11**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 05/13/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Conference with CRichards, DRichards, and ACarrion re: Reply to response to motion to dismiss |
| 05/14/2024 | Clark Richards | 450.00 | 0.4 | $180.00 | Developing arguments and strategy for reply brief. |
| 05/14/2024 | Clark Richards | 450.00 | 0.2 | $90.00 | Revise motion for extension of time for reply brief. |
| 05/14/2024 | Clark Richards | 450.00 | 0.4 | $180.00 | Revise and edit outline for reply brief. |
| 05/14/2024 | Jennifer Richards | 375.00 | 1.8 | $675.00 | Reviewing Serbian E. Orthodox Diocese v. Milivojevich, cited in response as prohibiting determination of jurisdiction, and its progeny |
| 05/14/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Conference with CRichards re: replying to response's first amendment arguments |
| 05/14/2024 | Jennifer Richards | 375.00 | 1.1 | $412.50 | Revise reply outline to include response to 1st amendment defense and appropriate case law from previous research and to restructure based on Masterson adoption of neutral principles |
| 05/14/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review Masterson for relevant holdings regarding neutral principles of law |
| 05/14/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Legal research reviewing case law on principles of interpretation of corporate governance documents |
| 05/14/2024 | Jennifer Richards | 375.00 | 0.4 | $150.00 | Review and analyze LCMS corporate formation documents |
| 05/14/2024 | Jennifer Richards | 375.00 | 0.2 | $75.00 | Email to DRichards and ACarrion re: highlights of response content |
| 05/16/2024 | Jennifer Richards | 375.00 | 0.4 | $150.00 | Conference with CRichards re: Reply structure |
| 05/16/2024 | Jennifer Richards | 375.00 | 1 | $375.00 | Redraft section (b)(1) (formerly (a)(1)) of Reply to motion to dismiss |
| 05/16/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Draft new argument section II(a) to Reply |
| 05/16/2024 | Jennifer Richards | 375.00 | 0.7 | $262.50 | Review Turner, Tankersley, and Herbert cases cited by Plaintiff in response; prepared outline of argument to these cases for Reply. |
| 05/17/2024 | Jennifer Richards | 375.00 | 0.9 | $337.50 | Draft Reply argument section (II)(b)(ii) re: LCMS reliance on non-Texas case law |
| 05/17/2024 | Jennifer Richards | 375.00 | 0.6 | $225.00 | Review response section on F.E.L. Publ'ns, Ltd. v. Catholic Bishop of Chicago |

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| | | | | | and added to Reply section II(b)(ii) to address argument |
| 05/17/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review response sections related to real party in interest/real party in controversy and edit Reply outline to match |
| 05/17/2024 | Jennifer Richards | 375.00 | 0.8 | $300.00 | Draft Reply section II(b)(iii) on Freedom of Religion argument |
| 05/18/2024 | Jennifer Richards | 375.00 | 1 | $375.00 | Review cases on diversity jxd for trusts cited by Response: Navarro Springs, Justice, Bynane, Corfield, and Hometown. |
| 05/18/2024 | Jennifer Richards | 375.00 | 2 | $750.00 | Draft Reply section responding to argument that LCMS should be treated as a trust |
| 05/18/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Draft introduction to Reply argument section II(c) |
| 05/19/2024 | Jennifer Richards | 375.00 | 0.9 | $337.50 | Draft introductory paragraph to Argument section (c) and draft argument section (c)(i) on the alleged misrepresentation of Synod's documents |
| 05/19/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Drafting Reply to response's attempt to distinguish Hummel |
| 05/19/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Draft Reply section to response argument re: unincorporated division |
| 05/20/2024 | Jennifer Richards | 375.00 | 0.4 | $150.00 | Legal research amicus capacity |
| 05/20/2024 | Jennifer Richards | 375.00 | 0.8 | $300.00 | Draft Reply section to response on amicus curiae |
| 05/20/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Conference with CRichards re: long-arm jurisdiction |
| 05/20/2024 | Jennifer Richards | 375.00 | 0.8 | $300.00 | Legal research on whether citizenship of an unassociated association is sufficient for in personam jxd |
| 05/20/2024 | Jennifer Richards | 375.00 | 1.3 | $487.50 | Draft Reply section responding to argument that Texas courts do not have in personam jurisdiction over Synod |
| 05/20/2024 | Jennifer Richards | 375.00 | 0.4 | $150.00 | Legal research on consent to jurisdiction by filing suit |
| 05/21/2024 | Clark Richards | 450.00 | 0.9 | $405.00 | Read and analyze LCMS response to motions to dismiss and remand. |
| 05/21/2024 | Clark Richards | 450.00 | 3 | $1,350.00 | Review and initial edits to reply brief in support of motions to dismiss and remand. |

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 05/21/2024 | Jennifer Richards | 375.00 | 0.7 | $262.50 | Finish drafting Reply section on in personam jurisdiction |
| 05/21/2024 | Jennifer Richards | 375.00 | 1 | $375.00 | Reviewing draft Reply and comparing it with draft response to check for missing arguments |
| 05/21/2024 | Jennifer Richards | 375.00 | 1.2 | $450.00 | Review and revise draft Reply |
| 05/21/2024 | Jennifer Richards | 375.00 | 0.1 | $37.50 | Edit citations to record documents |
| 05/22/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Conference with CRichards re: structural edits to Reply |
| 05/22/2024 | Jennifer Richards | 375.00 | 1.2 | $450.00 | Review and revise structure of Reply draft |
| 05/22/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Legal research on 5th circuit case law prohibiting consideration of extrinsic evidence on a facial jurisdictional attack |
| 05/22/2024 | Jennifer Richards | 375.00 | 0.1 | $37.50 | Conference with CRichards re: edits to the reply |
| 05/22/2024 | Jennifer Richards | 375.00 | 0.5 | $187.50 | Review and revise reply in support to motion to dismiss and motion to remand |
| 05/22/2024 | Albert Carrion | 450.00 | 1.9 | $855.00 | Review and revise draft of Reply to Response to Motion to Dismiss. |
| 05/22/2024 | Clark Richards | 450.00 | 1.2 | $540.00 | Review and analyze revised draft reply brief in support of motions to dismiss and remand; revise and edit reply brief. |
| 05/23/2024 | Jennifer Richards | 375.00 | 0.4 | $150.00 | Conference with CRichards and ACarrion re: edits to draft reply brief. |
| 05/23/2024 | Jennifer Richards | 375.00 | 0.1 | $37.50 | Revise and finalize edits to Reply brief |
| 05/23/2024 | Albert Carrion | 450.00 | 0.4 | $180.00 | Review and discuss revisions to Reply to Motion to Dismiss. |
| 05/23/2024 | Clark Richards | 450.00 | 1.1 | $495.00 | Final revisions to reply brief in support of motions to dismiss and remand for filing. |
| 05/30/2024 | Clark Richards | 450.00 | 0.4 | $180.00 | Research on case law regarding proposed sur-reply by LCMS. |
| 05/30/2024 | Clark Richards | 450.00 | 0.2 | $90.00 | Correspondence to opposing counsel regarding opposition to LCMS proposed sur-reply. |
| 06/04/2024 | Jennifer Richards | 375.00 | 0.3 | $112.50 | Review and analyze LCMS's motion for sur reply |

**Exhibit RICHARDS-1 to Declaration of Daniel R. Richards**
**Page 8 of 11**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 06/04/2024 | Jennifer Richards | 375.00 | 1.4 | $525.00 | Prepare opposition to Plaintiff's motion for leave to file surreply |
| 06/04/2024 | Clark Richards | 450.00 | 0.5 | $225.00 | Revise and edit response to motion for leave to file surreply. |
| 06/04/2024 | Karina Esparza | 210.00 | 0.5 | $105.00 | Proofread, edit and file CTX Opposition to LCMS Motion for Leave to File Sur-Reply. |
| 06/04/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | File CTX Opposition to LCMS Motion for Leave to File Surreply in Federal Dec. Action matter. |
| 06/04/2024 | Karina Esparza | 210.00 | 0.2 | $42.00 | Correspondence to clients re motion for leave to file surreply and opposition to same. |

|  |  | **GRAND TOTALS** |  |  |
|---|---|---|---|---|
| Billable | 44.1 | **$17,469.00** |

**Concordia University Texas**
**Case 1:24-cv-176-DE; CTX vs. LCMS**
**Richards Rodriguez & Skeith, LLP**
**Fees on Response to Objections to Magistrate Judge Report & Recommendation**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 12/20/2024 | Daniel Richards | 450.00 | 0.20 | $90.00 | Discussion with Clark re LCMS brief on objections to Magistrate Report and Recommendation. |
| 12/23/2024 | Jennifer Richards | 375.00 | 0.90 | $337.50 | Legal research on rules and standards regarding objections to a magistrate's report and recommendation |
| 12/23/2024 | Jennifer Richards | 375.00 | 2.00 | $750.00 | Review and analyze LCMS objections to the Magistrate Report and Recommendation |
| 12/23/2024 | Jennifer Richards | 375.00 | 0.40 | $150.00 | Conference with CRichards and DRichards re: LCMS objections |
| 12/23/2024 | Jennifer Richards | 450.00 | 0.40 | $180.00 | Analyze and develop strategy for response to objection to magistrate report. |
| 12/23/2024 | Daniel Richards | 450.00 | 0.50 | $225.00 | Discussion re new filing and affidavit of LCMS. |
| 12/23/2024 | Albert Carrion | 450.00 | 0.60 | $270.00 | Study objections to Magistrate's Report filed by LCMS and attached declaration of J. Sias. |
| 12/24/2024 | Jennifer Richards | 375.00 | 0.30 | $112.50 | Legal research re definition of unincorporated association in federal case law |
| 12/24/2024 | Jennifer Richards | 375.00 | 0.40 | $150.00 | Begin draft outline to respond to LCMS objections to Magistrate report and recommendation |
| 12/24/2024 | Jennifer Richards | 375.00 | 0.50 | $187.50 | Review motion to dismiss and motion for remand |
| 12/24/2024 | Jennifer Richards | 375.00 | 0.50 | $187.50 | Review Magistrate Report and Recommendation |
| 12/24/2024 | Jennifer Richards | 375.00 | 0.80 | $300.00 | Review case law on deference allowed to Magistrate's report and recommendation and draft outline of standard of review section of argument. |
| 12/24/2024 | Jennifer Richards | 375.00 | 0.40 | $150.00 | Prepare portions of outline of Response to obj. on Tex. Bus. Org. Code argument |
| 12/26/2024 | Jennifer Richards | 375.00 | 0.80 | $300.00 | Outline portion responding to Tex. Bus. & Org. Code arguments from LCMS |

**Exhibit RICHARDS-1 to Declaration of Daniel R. Richards**
**Page 10 of 11**

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| | | | | | objections to magistrate report |
| 12/26/2024 | Jennifer Richards | 375.00 | 0.60 | $225.00 | Legal research reviewing cases which require citizenship of unincorporated associations to be determined by its membership |
| 12/26/2024 | Jennifer Richards | 375.00 | 0.60 | $225.00 | Legal research on case law regarding interpretation of the TUUNA |
| 12/26/2024 | Jennifer Richards | 375.00 | 1.70 | $637.50 | Reviewing case law on internal affairs doctrine and full faith and credit clauses, and their application to procedural laws of forum states; added relevant case law to outine. |
| 12/26/2024 | Jennifer Richards | 375.00 | 1.40 | $525.00 | Reviewing case law on procedural veil piercing of the corporate form |
| 12/26/2024 | Jennifer Richards | 375.00 | 0.20 | $75.00 | Adding reverse veil piercing law to outline |
| 12/26/2024 | Daniel Richards | 450.00 | 0.60 | $270.00 | Read Objection to report and recommendation in prep for potential arguments. |
| 12/26/2024 | Daniel Richards | 450.00 | 0.50 | $225.00 | Discussion with Jennifer and Clark re LCMS's objections to Magistrate Report and Recommendation and argument for same. |
| 12/26/2024 | Daniel Richards | 450.00 | 0.40 | $180.00 | Compare LCMS's objections to 1st Amended Complaint. |
| 12/27/2024 | Jennifer Richards | 375.00 | 2.60 | $975.00 | Prepare outline response to LCMS's objections to the Magistrate Report and Recommendation based on the 1st Amendment |
| 12/27/2024 | Jennifer Richards | 375.00 | 1.80 | $675.00 | Drafting response to LCMS objections - introduction and fact sections, and standard of review for argument |
| 12/27/2024 | Jennifer Richards | 375.00 | 0.20 | $75.00 | Telephone call with DRichards about objections and response |
| 12/27/2024 | Jennifer Richards | 450.00 | 1.00 | $450.00 | Review pleadings and identify claims by Synod as opposed to LCMS for objection to report and recommendation. |
| 12/28/2024 | Jennifer Richards | 375.00 | 4.50 | $1,687.50 | Draft response to LCMS objections argument sections on the interpretation of Texas' unincorporated association's act, the internal affairs doctrine, and several constitutional clauses |
| 12/29/2024 | Jennifer Richards | 375.00 | 0.70 | $262.50 | Review and revise draft intro, facts, and first argument sections in response to LCMS's objections |

| Trans Date | Tkpr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 12/29/2024 | Jennifer Richards | 375.00 | 1.90 | $712.50 | Draft response to objections based on church autonomy doctrine and 1st Amendment, and prayer |
| 12/30/2024 | Jennifer Richards | 375.00 | 2.30 | $862.50 | Review and revise response to LCMS objections; send to CRichards for review |
| 12/30/2024 | Albert Carrion | 450.00 | 0.60 | $270.00 | Review draft Response to LCMS Objections to Magistrate's report. |
| 12/30/2024 | Clark Richards | 450.00 | 0.50 | $225.00 | Review and analyze objections to magistrate report and new affidavit of Sias. |
| 12/30/2024 | Clark Richards | 450.00 | 1.30 | $585.00 | Revise and edit response to objections to magistrate report. |
| 12/30/2024 | Clark Richards | 450.00 | 0.90 | $405.00 | Research on case law regarding objections to magistrate report. |
| 12/31/2024 | Jennifer Richards | 375.00 | 0.80 | $300.00 | Review and revise draft response to LCMS objections based on CRichards edits |
| 12/31/2024 | Jennifer Richards | 375.00 | 0.20 | $75.00 | Research on page limitations for objections to magistrate findings |

**GRAND TOTALS**

| | Billable | 34.00 | **$13,312.50** |
|---|---|---|---|