IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CONCORDIA UNIVERSITY TEXAS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:24-cv-176-DAE |
| **THE LUTHERAN CHURCH - MISSOURI SYNOD,** an unincorporated association of Lutheran congregations, and **THE LUTHERAN CHURCH - MISSOURI SYNOD,** a Missouri Corporation, | § § § § § § § | |
| Defendants. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR FEES

Came on for consideration the Motion For Fees filed by Plaintiff Concordia University Texas ("CTX") in the above-captioned cause. Having considered the motion, the evidence and the arguments of counsel, it is hereby ordered that the motion is granted.

IT IS THEREFORE ORDERED that Plaintiff CTX is awarded fees in the amount of $24,222.75 jointly and severally against Defendants LCMS and Synod.

SIGNED this _____ day of _____, 2025.

_____
DAVID EZRA
UNITED SATES JUDGE