- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travis County District Clerk
P.O. Box 679003
Austin, TX 78767-9003
1:24-cv-176-DAE

9590 9402 8245 3094 8646 38

2. Article Number (Transfer from service label)

9589 0710 5270 2397 4102 54

PS Form 3811, July 2020 PSN 7530-02-000-9053

A. Signature
X Daryl Fisher
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
FEB 13 2025
AUSTIN DOWNTOWN

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



9590 9402 8245 3094 8646 38

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
FEB 13 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

SCREENED BY CSO'S
FEB 13 2025

Clerk, U. S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701